

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00213-CR

DONALD RANDALL CARTER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 10-0080X

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

Donald Randall Carter, appellant, has filed with this Court a motion to dismiss his appeal. The motion was signed by both Carter and his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See id.*

Accordingly, we dismiss the appeal.


Bailey C. Moseley
Justice


Date Submitted: October 16, 2013
Date Decided: October 17, 2013

Do Not Publish